UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

LAZARA QUINONES

DEBTOR _____/

CASE NO.: 20-19689-BKC-CLC
PROCEEDING UNDER CHAPTER 13

### NOTICE OF DEPOSIT OF FUNDS WITH
### THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$5,036.43** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: _10-29-24_

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

COPIES FURNISHED TO:

LAZARA QUINONES
6460 WEST 27TH COURT, APT. #22
HIALEAH, FL 33016

MARIA DANERI, ESQUIRE
9999 NE 2 AVENUE, SUITE 315
MIAMI SHORES, FL 33138

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

LAGO GRANDE THREE COA INC
C/O SUNSHINE MGMT SVCS
14750 NW 77 CT, STE 114
MIAMI LAKES, FL 33016

LAGO GRANDE THREE COA INC
C/O SUNSHINE MGMT SVCS
14750 NW 77 CT, STE 114
MIAMI LAKES, FL 33016

BROUGH CHADROW & LEVINE PA
2149 N COMMERCE PKWY
WESTON, FL 33326

BROUGH, CHADROW, & LEVINE, PA
1900 NORTH COMMERCE PARKWAY
WESTON, FLORIDA 33326

NOTICE OF DEPOSIT OF FUNDS
CASE NO.:  20-19689-BKC-CLC

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

### CASE NO.: 20-19689-BKC-CLC

LAGO GRANDE THREE COA INC
C/O SUNSHINE MGMT SVCS
14750 NW 77 CT, STE 114
MIAMI LAKES, FL  33016

$4,577.04

UNDELIVERABLE/STALE
CLAIM REGISTER# 9.2

LAGO GRANDE THREE COA INC
C/O SUNSHINE MGMT SVCS
14750 NW 77 CT, STE 114
MIAMI LAKES, FL  33016

$459.39

UNDELIVERABLE/STALE
CLAIM REGISTER# 9.2

BROUGH CHADROW & LEVINE PA
2149 N COMMERCE PKWY
WESTON, FL  33326