IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

IN RE:

LAZARA QUINONES,

Case No.: 20-19689-AJC
Chapter: 13

Debtor(s),

_____/

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR AS RELATED TO PAYMENTS BEING DISBURSED BY TRUSTEE TO CREDITOR, LAGO GRANDE THREE CONDOMINIUM ASSOCIATION, INC.**

**OLD ADDRESS:** LAGO GRANDE THREE CONDOMINIUM ASSOCIATION, INC.
c/o Sunshine Management Services
14750 NW 77 Court, Suite 114
Miami Lakes, FL 33016

**NEW ADDRESS:** LAGO GRANDE THREE CONDOMINIUM ASSOCIATION, INC.
c/o Sunshine Management Services
17670 NW 78 Avenue, Suite 202
Hialeah, FL 33015

BROUGH & CHADROW & LEVINE, P.A.
Attorneys for Lago Grande Three
Condominium Association, Inc.
2149 North Commerce Parkway
Weston, FL 33326
Tel: (954) 384-0732 / Fax: (954) 384-0846
eService: mchadrow@bclattorneys.com

BY:    /s/ Michael S. Chadrow
       Michael S. Chadrow, Esq.
       Florida Bar No.: 143782

137.0231